| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ball, Franklin K. | 2. Court or Organization U.S. District Court - Mississippi Southern District | 3. Date of Report 07/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
Jackson Federal Courthouse
501 East Court Street, Suite 5.150
Jackson, MS 39201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi Bank - Visa | Credit Card | J |
| 2. | USAA Mastercard | Credit Card | J |
| 3. | Bancorp South | Equity Line | K |
| 4. | 123 Rewards Citi | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ball, Franklin K.** | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Checking Account #1 | A | Interest | J | T | | | | | |
| 2. Bankplus Checking Account #1 | A | Interest | J | T | | | | | |
| 3. Solomon Financial Fidelity Investments #1 | | None | | | | | | | |
| 4. - FCASH Account | A | Dividend | J | T | | | | | |
| 5. Charles Schwab Investment Account (IRA) #1 | | None | | | | | | | |
| 6. - Calatlantic Group, Inc. | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 7. Apple, Inc. | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 8. 25% interest in Brier Creek Investments, LLC | B | Distribution | N | W | | | | | |
| 9. Mortgage Company Escrow Accounts for Insurance and Taxes | | None | J | W | | | | | |
| 10. Stephen's Investment Account ▨ #1 | | None | | | | | | | |
| 11. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 12. - American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 13. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 14. Stephen's Investment Account ▨ #2 | | None | | | | | | | |
| 15. - American Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 16. -American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 17. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stephen's Investment Account ▨ #3 | | None | | | | | | | |
| 19. - AMerican Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 20. - American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 21. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 22. Stephen's Investment Account ▨ #4 | | None | | | | | | | |
| 23. - American Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 24. - Americna Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 25. - American Funds Washington Mutula Fund Class A | A | Dividend | K | T | | | | | |
| 26. Stephen's Investment Account ▨ #5 | | None | | | | | | | |
| 27. - American Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 28. - American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 29. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 30. Denbury Onshore Minerals located in Madison County, MS | B | Royalty | J | W | | | | | |
| 31. Bancorp South Checking Account #1 | A | Interest | J | T | | | | | |
| 32. Solomon Financial Advisors - Rollover IRA | | None | | | | | | | |
| 33. - Fidelity Govt Cash Reserve | A | Dividend | J | T | | | | | |
| 34. - Eaton Vance Floating Rate Fund | A | Dividend | J | T | Sold (part) | 03/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Conestoga Small Cap Investor Class | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 36. - Mainstay High Yield Fund | A | Dividend | J | T | Sold (part) | 09/26/16 | J | A | |
| 37. - Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 38. - American Cent Equity Growth Fund | A | Dividend | J | T | | | | | |
| 39. - Janus Research Fund | A | Dividend | J | T | Buy (add'l) | 03/22/16 | J | | |
| 40. - JPMorgan Disciplined Equity A Fund | A | Dividend | J | T | | | | | |
| 41. - T Rowe Price Healthcare Science | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 42. - TIAA- CREF Growth & Income Inst Fund | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 43. - Oppenheimer Developing Markets Y Fund | A | Dividend | J | T | Buy (add'l) | 03/22/16 | J | | |
| 44. - Oppenheimer International Growth Y Fund | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 45. - AM Century Real Estate | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 46. - MFS International Value | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 47. - Pioneer Short Term Inc | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 48. - Pimco Comodities Plus Strategy | A | Dividend | J | T | Buy (add'l) | 03/22/16 | J | | |
| 49. - Columbia Acorn Emerging Markets | A | Dividend | J | T | | | | | |
| 50. - Diamond Hill Small Mid Cap | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 51. - Oppenheimer Intl Small Company | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Principal Mid Cap Fund | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 53. - Baird Core Plus Bond Fd Investor Class | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 54. - Third Avenue Real Estate Value | A | Dividend | J | T | | | | | |
| 55. - Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 56. - Voya Small Comp | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 57. Stevens Investments Acct ▒ #6 | | None | | | | | | | |
| 58. - American Funds - Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 59. - American Funds - Growth Fund of America | A | Dividend | K | T | | | | | |
| 60. - American Funds - New Perspective Fund | A | Dividend | K | T | | | | | |
| 61. Bancorp South Ban - Checking account for child #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Franklin K. Ball**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544